**RECEIVED**
UNITED STATES BANKRUPTCY CO
NORTHERN DISTRICT OF ILLINO

APR 0 8 2004

KENNETH S. GARDNER, CL
PS REP. - MJ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| UAL CORPORATION, et al., | ) | Case No. 02-B-48191 |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | Honorable Eugene R. Wedoff |
|  | ) |  |
| UNITED AIR LINES, INC., | ) |  |
| Debtor | ) |  |
|  | ) |  |
| Plaintiff, | ) | Adv. Pro. No. 03-A-00978 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| HSBC BANK USA AS PAYING | ) |  |
| AGENT, CITY AND COUNTY OF | ) |  |
| DENVER, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**FILED** APR 2 1 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAID 3073762 APR 0 8 2004

DOCKETED APR 2 2 2004

KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
BY_____

**NOTICE OF APPEAL BY DEBTORS FROM THE BANKRUPTCY COURT'S
MARCH 30, 2004 MEMORANDUM OF DECISION AND JUDGMENT ORDER**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, and pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, hereby file this notice of appeal to the United States District Court for the Northern District of Illinois from the Bankruptcy Court's March 30, 2004, Memorandum of Decision and Judgment Order (Docket Nos. 110 and 111 respectively). This notice of appeal is timely filed within 10 days thereof, pursuant to Federal Rule of Bankruptcy Procedure 8002(a).

The names of the parties to this appeal and the names and addresses of their respective attorneys follow:

1-1

**APPELLANTS:**

UAL CORPORATION, et al.

James H.M. Sprayregen, P.C.
Marc Kieselstein
Todd Gale
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Phone: (312) 861-2000
Facsimile: (312) 861-2200

**APPELLEES:**

HSBC BANK USA as Paying Agent

William W. Kannel
Timothy J. Langella
George Hofmann
MINTZ, LEVIN, COHEN, FERRIS,
GLOVSKY & POPEO, PC
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Gary W. Garner
Harold Kaplan
Mark F. Hebbeln
Stephanie Wickouski
GARDNER, CARTON & DOUGLAS LLC
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

CITY AND COUNTY OF DENVER

Douglas W. Jessop
Kerstin Cass
JESSOP & COMPANY, P.C.
303 East 17th Ave.
Denver, Colorado 80203-1264
Telephone: (303) 860-7700
Facsimile: (303) 860-7233

Andrew M. Schauer
KRYS BOYLE, P.C.
600 Seventeenth Street
Suite 2700, South Tower
Denver, Colorado 80202-5427
Telephone: (303) 893-2300
Facsimile: (303) 893-2882

Dated: April 9, 2004

Respectfully submitted,

James H.M. Sprayregen, P.C. (ARDC No. 6190206)
Marc Kieselstein (ARDC No. 6199255)
Todd Gale (ARDC No. 6229288)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the Debtors and Debtors In Possession

## CERTIFICATE OF SERVICE

I, Kathleen E. Cawley, certify that on the 8th day of April, 2004, I caused to be served, by e-mail, facsimile, messenger or overnight mail, a true and correct copy of the foregoing **NOTICE OF APPEAL BY DEBTORS FROM THE BANKRUPTCY COURT'S MARCH 30, 2004, MEMORANDUM OF DECISION AND JUDGMENT ORDER**, on the parties on the attached service list.

Dated:    April 8, 2004

Kathleen E. Cawley

### Affected Parties - Denver

Mintz Levin Cohen Ferris
Glovsky & Popeo PC
One Financial Center
Boston, MA 02111

**William W. Kannel,**
(617) 542-2241 **(fax),**
bkannel@mintz.com
wkannel@mintz.com
**Timothy J. Langella**
(617) 542-2241 **(fax),**
 **tlangella@mintz.com**
**George Hofman,**
(617) 542-2241 **(fax)**
ghofman@mintz.com

Jessop & Company, P.C.
303 East 17th Ave., Suite 930
Denver, CO 80203-1264
**Douglas W. Jessop**
303-860-7233 **(fax)**
dwjessop@jessopco.com
**Kerstin Cass**
303-860 7233 **(fax)**
kccass@jessopco.com

Krys Boyle, P.C.
600 Seventeenth Street
Suite 2700 South Tower
Denver, CO 80202
**Andrew M. Schauer**
303-893-2882 **(fax)**
aschauer@krysboyle.com

Gardner Carton & Douglas
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698
**Gary W. Garner**
312-569-3367 **(fax)**
ggarner@gcd.com
**Harold Kaplan**
312-569-3204 **(fax)**
hkaplan@gcd.com
Mark Hebbeln

2

312-569-3203 **(fax)**
Stephanie Wickouski
312-569-3381 **(fax)**
swickouski@gcd.com

3

## CORE GROUP SERVICE LIST

| | |
|---|---|
| Debtors:<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn:   John Lakosil<br>Phone:   (847) 700-4462<br>Facsimile:   (847) 700-4683 | Counsel to Debtors and Debtors in Possession:<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois 60601<br>Attn:   James H.M. Sprayregen, P.C.<br>     Marc Kieselstein<br>     David R. Seligman<br>     Steven Kotarba<br>Phone:   (312) 861-2000<br>Facsimile:   (312) 861-2200 |
| Office of the United States Trustee:<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn:   Ira Bodenstein<br>     Kathryn Gleason<br>     Stephen Wolfe<br>Phone:   (312) 886-5785<br>Facsimile:   (312) 886-5794 | Counsel to the Debtors' debtor in possession<br>lender (Bank One):<br>Latham & Watkins<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Attn:   David Heller<br>     Timothy Barnes<br>Phone:   (312) 876-7700<br>Facsimile:   (312) 993-9767 |
| Counsel to the Debtors' debtor in possession<br>lender (CIT Group):<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn:   Robert J. Mrofka<br>Phone:   (212) 756-2000<br>Facsimile:   (212) 593-5955 | Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn:   Richard S. Toder<br>     Jay Teitelbaum<br>Phone:   (212) 309-6000<br>Facsimile:   (212) 309-6001 |
| Counsel to the Debtors' debtor in possession<br>lender (Citibank and JP Morgan):<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn:   Michael B. Solow<br>Phone:   (312) 583-2300<br>Facsimile:   (312) 583-2360 | Debtors' Private Copy Service:<br>Merrill Corporation<br>250 South Wacker Drive, 4th Floor<br>Chicago, Illinois 60606<br>Attn:   Allison Clark<br>Phone:   (312) 930-2123<br>Facsimile:   (312) 454-8564 |
| Official Notice and Claims Agent:<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn:   Rhonda G. McNally<br>Phone:   (503) 277-7999<br>Facsimile:   (503) 350-5230 | Counsel to Committee:<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60604<br>Attn:   Fruman Jacobson<br>     Robert E. Richards<br>Phone:   (312) 876-8123<br>Facsimile:   (312) 876-7934 |
| Counsel to Committee:<br>Sonnenschein, Nath & Rosenthal<br>1221 Avenue of the Americas<br>24th Place<br>New York, New York 10020<br>Attn:   Carole Neville<br>Phone:   (212) 768-6889<br>Facsimile:   (212) 768-6800 | |

...



**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604


**04C 2839**

JUDGE JOHN W DARRAH

**Kenneth S. Gardner**, Bankruptcy Clerk

Date          **April 20, 2004**

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

**MAGISTRATE JUDGE LEVIN**

Case Number          **03 A 978 / 02 B 48191**

Case Name          United Air Lines, Inc vs HSBC Bank USA & The City of Denver

Notice of Appeal Filed          **4/8/2004**

Appellant

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consists of:

| | |
|---|---|
| ✔ Transmittal Letter and Civil Cover Sheet | ☐ Supplemental to the Record |
| ✔ Designation | ✔ Notice of Appeal |
| ✔ Statement of Issues | ✔ Copy of Documents Designated |
| ✔ Transcript of Proceeding | ✔ Exhibits |
| | ☐ Expedited Notice of Appeal |
| | ✔ Certified Copy of Docket Sheet |

Additional Items Included

☐

☐ | **1 box** | Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐

Previous D C Judge          DARRAH          Case Number

By Deputy Clerk



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet 04C 2839

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.        JUDGE JOHN W DARRAH

MAGISTRATE JUDGE LEVIN

| | |
|---|---|
| **Plaintiff(s):  United Air Lines, Inc** | **Defendant(s):HSBC Bank USA as Paying Agent, and The City and County of Denver** |
| County of Residence: | County of Residence: |
| Plaintiff's Atty: | Defendant's Atty: |

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

                    Plaintiff:-**N/A**
                    Defendant:-**N/A**

DOCKETED
APR 22 2004

IV. Origin :            **1. Original Proceeding**

V. Nature of Suit:       **422 Appeal 28 USC 158**

VI.Cause of Action:      **Notice of Appeal**

VII. Requested in Complaint

            Class Action:
        Dollar Demand:
            Jury Demand:

VIII. This case **IS NOT** a refiling of a previously dismissed case.

1-2

Case: 1:04-cv-02839 Document #: 1 Filed: 04/21/04 Page 10 of 38 PageID #:10

**Signature:** _____

**Date:** _____ 4-20-04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**                    Revised: 06/28/00

CLOSED, APPEAL

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Adversary Proceeding #: 03-00978

*Assigned to:* Hon. Eugene R. Wedoff
*Related BK Case:* 02-48191
*Related BK Title:* UAL Corporation and Ual
Loyalty Services Inc
*Demand:* 0
*Nature of Suit:* 456

*Date Filed:* 03/21/03
*Date Terminated:* 03/31/2004

**Plaintiff**
-----------------------

**United Air Lines**

represented by **Kirkland & Ellis**
200 E Randolph Drive
Chicago, IL 60601
312-861-2000
*LEAD ATTORNEY*

**James Sprayregen**
Kirkland & Ellis
200 East Randolph Street
Chicago, IL 60601
312-861-2000

**Todd Gale**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**Denver City And County Of
Denver**

represented by **Harold L Kaplan**
Gadner, Carton & Douglas
191 N Wacker Drive Suite 3700

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.
KENNETH S. GARDNER
CLERK OF COURT
By
Deputy Clerk
Dated

Chicago, IL 60606-16986
312-569-1204

**Affiliated National Bank**                       represented by **Affiliated National Bank**
                                                                   PRO SE


**Creditor Committee**
-----------------------

**The Official Committee of**                      represented by **David C Jacobson**
**Unsecured Creditors**                                             Sonnenschein Nath & Rosenthal
**("Committee")**                                                   LLP
                                                                    8000 Sears Tower
                                                                    Chicago, IL 60606
                                                                    312-876-8000
                                                                    *LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/21/2003 | 1 | ADVERSARY Complaint [ALI] (Entered: 03/21/2003) |
| 03/21/2003 | 2 | COVER Sheet [ALI] (Entered: 03/21/2003) |
| 03/21/2003 | 3 | ISSUED Summons - Status Hearing hearing on 05/23/2003 at 9:30 a.m. at 219 South Dearborn, Courtroom 642, Chicago, IL 60604 [ALI] (Entered: 03/21/2003) |
| 03/21/2003 | 4 | NOTICE of Motion [AM] (Entered: 03/24/2003) |
| 03/21/2003 | 5 | MOTION for Leave [Emergency] To File Brief In Excess Of Fifteen Pages by Plaintiff hearing on 03/27/2003 at 10:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604[Disposed] [AM] (Entered: 03/24/2003) |
| 03/21/2003 | 6 | NOTICE of Motion [AM] (Entered: 03/24/2003) |
| 03/21/2003 | 7 | MOTION for Temporary Restraining Order And/Or A Preliminary Injunction Against The City And County Of Denver by Plaintiff hearing on 03/27/2003 at 10:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604 [Disposed] [AM] (Entered: 03/24/2003) |

Case: 1:04-cv-02839 Document #: 1 Filed: 04/21/04 Page 13 of 38 PageID #:13

| 03/21/2003 | 8 | MEMORANDUM Of Law In Support Of Its Motion RE: Item# 7 [AM] (Entered: 03/24/2003) |
|---|---|---|
| 03/21/2003 | 9 | APPENDIX Of Exhibits 1-5 [AM] (Entered: 03/24/2003) |
| 03/24/2003 | 10 | ISSUED Alias Summons - Status Hearing hearing on 05/23/2003 at 9:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604 [AM] (Entered: 03/25/2003) |
| 03/31/2003 | 11 | HEARING Continued hearing on 05/23/2003 at 9:30 a.m. RE: Item# 10 [VE] Original NIBS Entry Number: 10A (Entered: 03/31/2003) |
| 05/23/2003 | 12 | HEARING Continued hearing on 09/19/2003 at 9:30 a.m. RE: Item# 11 [VE] Original NIBS Entry Number: 10B (Entered: 05/23/2003) |
| 03/26/2003 | 13 | NOTICE of Motion [AM] Original NIBS Entry Number: 11 (Entered: 03/27/2003) |
| 03/26/2003 | 14 | MOTION for Leave [Emergency] To File Opposition Brief In Excess Of Fifteen Pages by HSBC Bank USA hearing on 03/27/2003 at 10:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604 [AM] Original NIBS Entry Number: 12 (Entered: 03/27/2003) |
| 03/26/2003 | 15 | CERTIFICATION of Service on Affiliated National Bank-Denver RE: Item# 10 [AM] Original NIBS Entry Number: 13 (Entered: 03/27/2003) |
| 03/26/2003 | 16 | CERTIFICATION of Service on City And County Of Denver RE: Item# 10 [AM] Original NIBS Entry Number: 14 (Entered: 03/27/2003) |
| 03/26/2003 | 17 | AFFIDAVIT of Service on Adversary Complaint Memorandum of Law Declaration Motion for TRO and Motion for Leave to File in Excess of 15 Pages [AM] Original NIBS Entry Number: 15 (Entered: 03/27/2003) |
| 03/26/2003 | 18 | OBJECTION by HSBC Bank USA RE: Item# 7 [AM] Original NIBS Entry Number: 16 (Entered: 03/27/2003) |

| 03/26/2003 | 19 | NOTICE of Filing RE: Item# 18 [AM] Original NIBS Entry Number: 17 (Entered: 03/27/2003) |
| 03/27/2003 | 20 | ORDER GRANTED Motion RE: Item# 5 [AM] Original NIBS Entry Number: 18 (Entered: 03/28/2003) |
| 03/31/2003 | 21 | ORDER Upon United Air Lines' Motion For Injunctive Relief Against HSBC Bank USA And City And County Of Denver SEE DRAFT ORDER FOR FURTHER PARTICULARS RE: Item# 7 [AM] Original NIBS Entry Number: 19 (Entered: 04/01/2003) |
| 04/01/2003 | 22 | NOTICE of Filing RE: Item# 21 [AM] Original NIBS Entry Number: 20 (Entered: 04/02/2003) |
| 04/04/2003 | 23 | ISSUED Alias Summons - Status Hearing hearing on 05/23/2003 at 9:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604 [MJ] Original NIBS Entry Number: 21 (Entered: 04/07/2003) |
| 04/04/2003 | 24 | NOTICE of Filing [MJ] Original NIBS Entry Number: 22 (Entered: 04/07/2003) |
| 04/04/2003 | 25 | ADVERSARY Complaint [Amended] for Declaratory Judgment by Plaintiff United Air Lines Inc [MJ] Original NIBS Entry Number: 23 (Entered: 04/07/2003) |
| 04/04/2003 | 26 | APPENDIX of Exhibits 1 through 5 in re of Special Facilitires and Group Lease between the City and County of Denver and United Airlines [MJ] Original NIBS Entry Number: 24 (Entered: 04/07/2003) |
| 04/17/2003 | 27 | CERTIFICATION of Service on HSBC Bank USA c/o William W Kannel of Mintz, Levin Cohen Ferris Glovsky & Popeo PC RE: Item# 23 [MJ] Original NIBS Entry Number: 25 (Entered: 04/18/2003) |
| 04/22/2003 | 28 | AGREED ORDER and Stipulation by Defendants and Plaintiff Extending Time to Answer, Move or Otherwise Plead to Complaint to 5/5/03 [MJ] Original NIBS Entry Number: 26 (Entered: 04/23/2003) |

| 05/05/2003 | 29 | ANSWER And Affirmative Defenses by Defendant HSBC Bank USA RE: Item# 1 [AM] Original NIBS Entry Number: 27 (Entered: 05/06/2003) |
|---|---|---|
| 05/05/2003 | 30 | ANSWER by Denver International Airport RE: Item# 25 [AM] Original NIBS Entry Number: 28 (Entered: 05/06/2003) |
| 05/05/2003 | 31 | NOTICE of Filing RE: Item# 30 [AM] Original NIBS Entry Number: 29 (Entered: 05/06/2003) |
| 05/05/2003 | 32 | NOTICE of Filing Re: Answer by City And County of San Francisco RE: Item# 1 [AM] Original NIBS Entry Number: 30 (Entered: 05/06/2003) |
| 05/19/2003 | 33 | ANSWER [Amended] To Amended Complaint of Debtor-Plaintiff For Declaratory Judgment And Counterclaims by Denver International Airport [AM] Original NIBS Entry Number: 31 (Entered: 05/20/2003) |
| 05/23/2003 | 34 | HEARING Continued hearing on 09/19/2003 at 9:30 a.m. RE: Item# 33 [VE] Original NIBS Entry Number: 31A (Entered: 05/23/2003) |
| 05/19/2003 | 35 | NOTICE of Filing RE: Item# 33 [AM] Original NIBS Entry Number: 32 (Entered: 05/20/2003) |
| 05/20/2003 | 36 | MOTION for Leave To File Brief and Statement Of Undisputed Facts Inc Excess Of Fifteen Pages [Emergency] by United Air Lines Inc hearing on 05/23/2003 at 9:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604 LOCATED UNDER Case No 03 A 00975 Item # 28 [AM] Original NIBS Entry Number: 33 (Entered: 05/21/2003) |
| 05/20/2003 | 37 | NOTICE Of Emergency Motion LOCATED UNDER Case No 03 A 00975 Item # 29 RE: Item# 36 [AM] Original NIBS Entry Number: 34 (Entered: 05/21/2003) |
| 05/20/2003 | 38 | MOTION for Summary Judgment by United hearing on 05/23/2003 at 9:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604 [AM] Original NIBS Entry |

| | | |
|---|---|---|
| | | Number: 35 (Entered: 05/21/2003) |
| 05/20/2003 | 39 | NOTICE of Filing RE: Item# 38 [AM] Original NIBS Entry Number: 36 (Entered: 05/21/2003) |
| 05/20/2003 | 40 | MEMORANDUM In Support Of Its Motion by United LOCATED UNDER Case No 03 A 00975 Item # 32 RE: Item# 38 [AM] Original NIBS Entry Number: 37 (Entered: 05/21/2003) |
| 05/27/2003 | 41 | AGREED ORDER And Stipulation For Extension Of Time For United Air Lines Inc To Answer The City And County Of Denver's Counterclaims shall be and hereby is extended to 5/30/03 [AM] Original NIBS Entry Number: 38 (Entered: 05/28/2003) |
| 05/29/2003 | 42 | ORDER - Trial on the merits is scheduled for 9/29/03 at 9:30 a.m. and 9/30/03 at 10:30 a.m. The Court will also reserve 10/1/03 in the event that more time is needed for trial<br>SEE DRAFT ORDER FOR FURTHER PARTICULARS LOCATED UNDER Case No 03 A 00975 Item # 33 [AM] Original NIBS Entry Number: 39 (Entered: 05/29/2003) |
| 05/30/2003 | 43 | NOTICE of Filing [MJ] Original NIBS Entry Number: 40 (Entered: 06/02/2003) |
| 05/30/2003 | 44 | ANSWER to The City and County of Denver's Counterclaims by Plaintiff [MJ] Original NIBS Entry Number: 41 (Entered: 06/02/2003) |
| 06/06/2003 | 45 | NOTICE of Motion [AM] Original NIBS Entry Number: 42 (Entered: 06/09/2003) |
| 06/06/2003 | 46 | MOTION for Entry Of A Protective Order To Protect Confidential Business Information by Plaintiff hearing on 06/20/2003 at 9:30 a.m. at 219 South Dearborn, Courtroom 744, Chicago, IL 60604<br>LOCATED UNDER Case No 03 A 00975 Item # 35 [AM] Original NIBS Entry Number: 43 (Entered: 06/09/2003) |
| 06/26/2003 | 47 | Agreed Order Granting Motion for Entry (Related Doc # |

| | | |
|---|---|---|
| | | 46). Signed on 6/26/2003. (McClendon, Annette) (Entered: 06/30/2003) |
| 07/03/2003 | ●48 | Notice of Motion and Motion to Compel Further Answers To Interrogatories From United Airlines Inc Filed by Harold L Kaplan on behalf of Hsbc Bank Usa . Hearing scheduled for 7/18/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744. (Attachments: # 1 Proposed Order) (McClendon, Annette) (Entered: 07/07/2003) |
| 07/11/2003 | ●49 | Response to (related document(s): 48 Motion to Compel, ) Filed by Kirkland & Ellis on behalf of United Air Lines (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (McClendon, Annette) (Entered: 07/15/2003) |
| 07/11/2003 | ●50 | Notice of Filing Filed by Kirkland & Ellis (RE: 49 Response). (McClendon, Annette) (Entered: 07/15/2003) |
| 07/18/2003 | ●51 | Motion to Appear Pro Hac Vice Filed by Bemjamin B Tymann on behalf of Hsbc Bank Usa . (Sims, Mildred) (Entered: 07/18/2003) |
| 07/17/2003 | ●52 | Motion to Appear Pro Hac Vice Filed by Matthew C Hurley on behalf of Hsbc Bank Usa . (Sims, Mildred) (Entered: 07/18/2003) |
| 07/18/2003 | ●53 | Order Granting Motion To Appear pro hac vice (Related Doc # 51). Signed on 7/18/2003. (Sims, Mildred) (Entered: 07/21/2003) |
| 07/18/2003 | ●54 | Order Granting Motion To Appear pro hac vice (Related Doc # 52). Signed on 7/18/2003. (Sims, Mildred) (Entered: 07/21/2003) |
| 07/18/2003 | ●55 | Order Denying Motion To Compel (Related Doc # 48). Signed on 7/18/2003. (Sims, Mildred) (Entered: 07/21/2003) |
| 07/16/2003 | ●56 | Motion to Appear Pro Hac Vice Filed by Andrew M Schauer on behalf of Denver International Airport . (McClendon, Annette) (Entered: 08/01/2003) |
| | | |

| 07/17/2003 | ●57 | Order Granting Motion To Appear pro hac vice (Related Doc # 56). Signed on 7/17/2003. (McClendon, Annette) (Entered: 08/01/2003) |
|---|---|---|
| 08/22/2003 | ●58 | Notice of Motion and Cross-Motion For Summary Judgment in favor of Defendants and against Debtors/Plaintiff Filed by Andrew M Schauer , Gary W Garner on behalf of Denver International Airport , Hsbc Bank Usa . Hearing scheduled for 9/19/2003 at 09:00 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (McClendon, Annette) (Entered: 08/25/2003) |
| 08/22/2003 | ●59 | Notice of Motion and Motion for Leave to File Brief In Excess of Fifteen Pages Filed by Gary W Garner , Andrew M Schauer on behalf of Denver International Airport And Hsbc Bank Usa . Hearing scheduled for 9/19/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (McClendon, Annette) (Entered: 08/25/2003) |
| 08/22/2003 | ●60 | Memorandum of Law in Support and in Opposition to United's Motion Filed by Gary W Garner , Andrew M Schauer on behalf of Denver International Airport , Hsbc Bank Usa (RE: 38 Motion for Summary Judgment, 58 Cross-Motion for Summary Judgment, ). (McClendon, Annette) (Entered: 08/25/2003) |
| 08/22/2003 | ●61 | Response to Plaintiff's Statement of Undisputed Facts Related to the the Denver Adversary and Defendants' Statement of Additional Undisputed Facts in Support of (related document(s): 58 Motion for Summary Judgment, ) Filed by Gary W Garner , Andrew M Schauer on behalf of Denver International Airport , Hsbc Bank Usa (McClendon, Annette) (Entered: 08/25/2003) |
| 08/22/2003 | ●62 | Affidavit Filed by Matthew C Hurley (RE: 38 Motion for Summary Judgment, 58 Cross-Motion for Summary Judgment, ). (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (McClendon, Annette) (Entered: 08/25/2003) |
|  |  |  |

| 08/22/2003 | ❿63 | Notice of Filing and Certificate of Service Filed by Gary W Garner , Andrew M Schauer (RE: 61 Response,, 62 Affidavit, 58 Motion for Summary Judgment,, 59 Motion for Leave,, 60 Memorandum, ). (McClendon, Annette) (Entered: 08/25/2003) |
| --- | --- | --- |
| 08/22/2003 | ❿64 | Motion for Leave to File Amicus Curiae Brief in Opposition to Debtor's Motions for Summary Judgment and in Support of Cross Motions for Summary Judgment Filed by Thomas J Salerno on behalf of The National Federation of Municipal Analysts , The Bond Market Association . (Attachments: # 1 Exhibit) (McClendon, Annette) (Entered: 08/25/2003) |
| 08/22/2003 | ❿65 | Authorities Cited in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to United's Motion for Summary Judgment (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit) (McClendon, Annette) (Entered: 08/26/2003) |
| 09/04/2003 | ❿66 | Order Re: pretrial conference . Hearing scheduled for 9/24/2003 at 09:30 AM . Signed on 9/4/2003 (McClendon, Annette) (Entered: 09/05/2003) |
| 09/05/2003 | ❿67 | Response to Defendants' Statements of Undisputed Facts Filed by Todd Gale on behalf of United Air Lines (Attachments: # 1 Exhibit # 2 Exhibit) (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ❿68 | Notice of Filing Filed by Todd Gale (RE: 67 Response). (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ❿69 | Reply Memorandum to (related document(s): 38 Motion for Summary Judgment, and Opposition to 58 Cross Motion for Summary Judgment, ) Filed by Todd Gale on behalf of United Air Lines (Attachments: # 1 Exhibit # 2 Exhibit) (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ❿70 | Notice of Filing Filed by Todd Gale (RE: 69 Reply, ). (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ❿71 | Appendix Filed by Todd Gale on behalf of United Air |

| | | |
|---|---|---|
| | | Lines (RE: 69 Reply, ). (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ○72 | Notice of Filing Filed by Todd Gale (RE: 71 Generic Document). (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ○73 | Appendix Filed by Todd Gale on behalf of United Air Lines (RE: 69 Reply, ). (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ○74 | Notice of Filing Filed by Todd Gale (RE: 73 Generic Document). (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ○75 | Notice of Motion and Motion for Leave to File Brief in Excess of Fifteen Pages Filed by Todd Gale on behalf of United Air Lines . Hearing scheduled for 9/19/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ○76 | Notice of Filing and Motion to (A) Continuing the Summary Judgment and the Trial Schedule for the Recharacterization Litigation (B) Extending the Temporary Restraining Order Limiting Remedies on the Special Facilities Bonds and Agreements and (C) Setting a Mandatory Settlement Schedule Facilitated by the Committee Professionals Filed by David C Jacobson on behalf of The Official Committee of Unsecured Creditors ("Committee") . Hearing scheduled for 9/19/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ○77 | Statement of Additional Facts in Response to Defendants' Cross Motions for Summary Judgment Filed by Todd Gale on behalf of United Air Lines . (McClendon, Annette) (Entered: 09/10/2003) |
| 09/05/2003 | ○78 | Notice of Filing Filed by Todd Gale (RE: 77 Statement). (McClendon, Annette) (Entered: 09/10/2003) |
| 09/08/2003 | ○79 | Notice of Filing Filed by Thomas J Salerno (RE: 64 Motion |

| | | for Leave, ). (McClendon, Annette) (Entered: 09/10/2003) |
|---|---|---|
| 09/12/2003 | ●80 | Defendants' Joint Opposition (RE: 76 Motion to Continue/Reschedule Hearing, , ). (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●81 | Notice Filed by Gary W Garner (RE: 80 Generic Document). (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●82 | Response to (related document(s): 76 Motion to Continue/Reschedule Hearing, , ) Filed by Mara S Georges on behalf of The City Of Chicago (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●83 | Notice of Filing Filed by Mara S Georges (RE: 82 Response). (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●84 | Appendix to Opposition to Motion for Leave to File Amicus Brief 1) in Opposition to Debtor's Motions for Summary Judgment and 2) in Support of Cross Motions for Summary Judgment Filed by Todd Gale on behalf of United Air Lines . (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●85 | Notice of Filing Filed by Todd Gale (RE: 84 Generic Document, ). (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●86 | Objection to (related document(s): 76 Motion to Continue/Reschedule Hearing, , ) Filed by Todd Gale on behalf of United Air Lines (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●87 | Notice of Filing Filed by Todd Gale (RE: 86 Objection). (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●88 | Opposition Filed by Todd Gale on behalf of United Air Lines (RE: 64 Motion for Leave, ). (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | ●89 | Notice of Filing Filed by Todd Gale (RE: 88 Generic Document). (McClendon, Annette) (Entered: 09/15/2003) |

| 09/12/2003 | 🔵90 | Defendants' Reply Brief in Further Support and in Opposition (related document(s): 38 Motion for Summary Judgment, 58 Cross-Motion for Summary Judgment, ) Filed by (McClendon, Annette) (Entered: 09/15/2003) |
|---|---|---|
| 09/12/2003 | 🔵91 | Response to United Air Lines Inc's Statement of Additional Facts in Response to Defendants' Cross Motions for Summary Judgment Filed by (McClendon, Annette) (Entered: 09/15/2003) |
| 09/12/2003 | 🔵92 | Notice of Filing Filed by Gary W Garner (RE: 90 Reply, 91 Response). (McClendon, Annette) (Entered: 09/15/2003) |
| 09/19/2003 | 🔵93 | Hearing Continued (RE: 38 Plaintiff's Motion for Summary Judgment, 1 Complaint, 58 Cross Motion of City and County of Denver for Summary Judgment, ). Status hearing to be held on 10/24/2003 at 09:30 AM . (Williams, Velda) Modified on 9/22/2003 (Williams, Velda). Modified on 9/22/2003 (Williams, Velda). (Entered: 09/19/2003) |
| 09/19/2003 | 🔵94 | Hearing Stricken (RE: 66 Order and Notice). (Williams, Velda) (Entered: 09/19/2003) |
| 09/19/2003 | 🔵95 | Order Granting Motion for Leave (Related Doc # 75). Signed on 9/19/2003. (Mcclendon, Annette) (Entered: 09/22/2003) |
| 09/19/2003 | 🔵96 | Order Granting Motion for Leave (Related Doc # 59). Signed on 9/19/2003. (Mcclendon, Annette) (Entered: 09/22/2003) |
| 09/19/2003 | 🔵97 | Order Denying Motion for Leave (Related Doc # 64). Signed on 9/19/2003. (Mcclendon, Annette) (Entered: 09/22/2003) |
| 09/19/2003 | 🔵98 | Order Denying Motion To Continue/Reschedule Hearing On (Related Doc # 76). . Signed on 9/19/2003. (Mcclendon, Annette) (Entered: 09/22/2003) |
| 09/25/2003 | 🔵99 | Emergency Notice of Motion and Motion Extending Orders Upon United Air Lines' Motions for Injunctive Relief Filed by Todd Gale on behalf of United Air Lines . Hearing |

| | | |
|---|---|---|
| | | scheduled for 9/30/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Mcclendon, Annette) (Entered: 09/26/2003) |
| 09/30/2003 | 🔘100 | Supplemental Order (RE: 99 Motion to Extend Time, ). Signed on 9/30/2003 (Mcclendon, Annette) (Entered: 10/01/2003) |
| 10/24/2003 | 🔘101 | Hearing Continued (RE: 38 Plaintiff's motion for Summary Judgment, 1 Complaint, 58 Cross-motion of City and County of Denver for Summary Judgment, ). Status hearing to be held on 11/21/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Williams, Velda) (Entered: 10/24/2003) |
| 11/21/2003 | 🔘102 | Hearing Continued (RE: 25 Complaint). Status hearing to be held on 12/19/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Williams, Velda) (Entered: 11/21/2003) |
| 11/21/2003 | 🔘103 | Hearing Continued (RE: 38 Motion for Summary Judgment, 58 Cross-motion of City and County of Denver for Summary Judgment, ). Hearing scheduled for 12/19/2003 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Williams, Velda) (Entered: 11/21/2003) |
| 12/15/2003 | 🔘104 | Hearing Stricken (RE: 38 Plaintiff's Motion for Summary Judgment, 58 Cross-motion of City and County of Denver for Summary Judgment,, 25 Complaint - were set 12/19/03). (Williams, Velda) (Entered: 12/15/2003) |
| 12/15/2003 | 🔘105 | Hearing Continued (RE: 25 Complaint). Status hearing to be held on 1/16/2004 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Williams, Velda) (Entered: 12/15/2003) |
| 12/15/2003 | 🔘106 | Hearing Continued (RE: 38 Plaintiff's Motion for Summary Judgment, 58 Cross-motion of City and County of Denver for Summary Judgment, ). Hearing scheduled for 1/16/2004 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Williams, Velda) (Entered: |

Case: 1:04-cv-02839 Document #: 1 Filed: 04/21/04 Page 24 of 38 PageID #:24

| | | |
|---|---|---|
| | | 12/15/2003) |
| 01/12/2004 | ●107 | Hearing Continued (RE: <u>38</u> Plaintiff's Motion for Summary Judgment, <u>25</u> Complaint, <u>58</u> Cross-Motion of City and County of Denver for Summary Judgment, ). Status hearing to be held on 2/20/2004 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Williams, Velda) (Entered: 01/12/2004) |
| 03/29/2004 | ●<u>108</u> | Emergency Notice of Motion and Motion for Entry of An Order Extend Orders upon United Air Lines' Motions for Injunctive Relief Filed by Todd Gale on behalf of United Air Lines . Hearing scheduled for 3/30/2004 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Rance, Gwendolyn) (Entered: 03/30/2004) |
| 03/29/2004 | ●<u>109</u> | Rule 9011 Certification Regarding Request for Emergency Hearing Filed by Todd Gale (RE: <u>108</u> Motion to Extend Time, ). (Rance, Gwendolyn) (Entered: 03/30/2004) |
| 03/30/2004 | ●<u>110</u> | Memorandum Opinion and Order : For the reasons set out above, in adversary proceedings nos. 03 A 975, 03 A 976, and 03 A 977 United's motions for summary judgement are granted and the defendants motions for summary judgment are denied . Signed on 3/30/2004 (Rance, Gwendolyn) (Entered: 03/30/2004) |
| 03/30/2004 | ●<u>111</u> | Order Granting Motion For Summary Judgment and United's motion for summary judgment is denied. (Related Doc # <u>58</u>). Signed on 3/30/2004. (Rance, Gwendolyn) (Entered: 03/30/2004) |
| 03/30/2004 | ●<u>112</u> | Order Granting Motion to Extend Time (Related Doc # <u>108</u>). Signed on 3/30/2004. (Rance, Gwendolyn) (Entered: 03/31/2004) |
| 03/30/2004 | ●<u>113</u> | Certificate of Mailing/Service (RE: <u>110</u> Memorandum Opinion and Order, ). (Rance, Gwendolyn) (Entered: 03/31/2004) |
| 03/31/2004 | ●114 | Adversary Case 03-978 Closed . (Rance, Gwendolyn) (Entered: 03/31/2004) |

| | | |
|---|---|---|
| 04/08/2004 | ●115 | Notice of Appeal Filed by Todd Gale on behalf of Hsbc Bank Usa . Fee Amount $255 (RE: 110 Memorandum Opinion and Order, ). Appellant Designation due by 4/19/2004. Transmission of Record Due by 5/18/2004. (Rance, Gwendolyn)CORRECTIVE ENTRY: ON BEHALF OF UNITED AIR LINES, INC Modified on 4/12/2004 (Rance, Gwendolyn). (Entered: 04/09/2004) |
| 04/09/2004 | ●116 | Notice of Filing to Bk Judge and Parties on Service List (RE: 115 Notice of Appeal). (Rance, Gwendolyn) (Entered: 04/09/2004) |
| 04/12/2004 | ●117 | CORRECTIVE ENTRY ON BEHALF OF UNITED AIR LINES, INC (RE: 115 Notice of Appeal, ). (Rance, Gwendolyn) (Entered: 04/12/2004) |
| 04/19/2004 | ●118 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Todd Gale on behalf of United Air Lines . (RE: 115 Notice of Appeal, ). (Rance, Gwendolyn) (Entered: 04/20/2004) |

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date    **April 20, 2004**

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number    **03 A 978 / 02 B 48191**

Case Name    United Air Lines, Inc vs HSBC Bank USA & The City of Denver

Notice of Appeal Filed    **4/8/2004**

Appellant

## Volume

Volume   **1**   of   **1**   total

Previous D C Judge        Case Number

## United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date          April 20, 2004

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number          03 A 978 / 02 B 48191

Case Name          United Air Lines, Inc vs HSBC Bank USA & The City of Denver

Notice of Appeal Filed          4/8/2004

Appellant

## Exhibits

Volume    1    of    8    total

Previous D C Judge          Case Number

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| UAL CORPORATION, *et al.*, | ) Case No. 02-B-48191 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Eugene R. Wedoff |
| ———————————————— | ) |
| | ) |
| UNITED AIR LINES, INC., | ) |
| Debtor | ) |
| | ) Adv. Pro. No. 03-A-00978 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HSBC BANK USA AS PAYING | ) |
| AGENT, AND THE CITY AND | ) |
| COUNTY OF DENVER, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 1 9 2004

KENNETH S. GARDNER, CLERK
PS REP. - CS

**APPELLANT'S DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

United Air Lines, Inc. ("United," the "Plaintiff" or the "Debtor"), one of the
above-captioned Debtors, hereby submits, pursuant to Rule 8006 of the Federal Rules of
Bankruptcy Procedure, the following statement of the issues on appeal and designation of items
to be included in the record on appeal from Judge Eugene R. Wedoff's March 30, 2004 Order
Granting HSBC Bank's and the City and County of Denver's Motion for Summary Judgment
and Denying United's Motion for Summary Judgment (Docket No. 111):

**STATEMENT OF ISSUES**

The issues on appeal are 1) whether the Financing Portions of the Denver
Facilities Lease entered into by United and the City and County of Denver constitute a

"financing arrangement" as opposed to a "true lease" subject to Bankruptcy Code Section 365;

and 2) whether the Financing Portions of the Denver Facilities Lease are severable from, and

independent of, the Lease Portions of the Denver Facilities Lease.

## DESIGNATIONS

| Date Filed/Entered | Docket Number | Document |
|---|---|---|
| 03/21/2003 | 7 | United's Motion for a Temporary Restraining Order And/Or A Preliminary Injunction Against the City and County of Denver |
| 03/21/2003 | 8 | United's Memorandum of Law In Support of Its Motion for A Temporary Restraining Order And/Or A Preliminary Injunction Against the City and County of Denver |
| 03/26/2003 | 18 | Objection by HSBC Bank USA to United's Motion for Temporary Restraining Order And/Or A Preliminary Injunction |
| 03/27/2003 | N/A | Transcript of Proceedings for United Omnibus Hearing re United's Motions for Temporary Restraining Order And/Or Preliminary Injunction |
| 03/31/2003 | 21 | Order Upon United's Motion for Injunctive Relief Against HSBC Bank USA, as Successor Paying Agent and City and County of Denver |
| 04/04/2003 | 25 | Amended Complaint of Debtor-Plaintiff for Declaratory Judgment |
| 04/04/2003 | 26 | Appendix of Exhibits 1 through 5 to the Amended Complaint of Debtor-Plaintiff for Declaratory Judgment |
| 05/05/2003 | 29 | Answer And Affirmative Defenses of Defendant HSBC Bank USA as Successor Paying Agent to United's Amended Complaint for Declaratory Judgment |
| 05/05/2003 | 33 | Amended Answer and Counterclaims of the City and County of Denver to Amended Complaint of Debtor-Plaintiff for Declaratory Judgment |
| 05/20/2003 | 38 | United's Motion for Summary Judgment |
| 05/20/2003 | 40 | United's Memorandum In Support of Its Motion for Summary Judgment |

2

| Date Filed/Entered | Docket Number | Document |
|---|---|---|
| 05/20/2003 | 40 | United's Statement of Undisputed Facts Pursuant to Bankruptcy Court Local Rule 7056-1 |
| 05/30/2003 | 44 | United's Answer to The City and County of Denver's Counterclaims |
| 08/22/2003 | 58 | The City and County of Denver's and HSBC Bank USA's Cross-Motion for Summary Judgment |
| 08/22/2003 | 60 | The City and County of Denver's and HSBC Bank USA's Memorandum of Law in Support of Their Cross-Motion for Summary Judgment and In Opposition to United's Motion for Summary Judgment |
| 08/22/2003 | 61 | Defendants the City and County of Denver's and HSBC Bank USA's Response to Plaintiff's Statement of Undisputed Facts Related to the Denver Adversary and Defendants' Statement of Additional Undisputed Facts in Support of Defendants' Cross-Motion for Summary Judgment |
| 08/22/2003 | 62 | Affidavit of Matthew C. Hurley Filed in Support of Defendants' Memorandum of Law in Support of Their Cross-Motion for Summary Judgment and In Opposition to United's Motion for Summary Judgment |
| 08/22/2003 | 65 | Authorities Cited in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to United's Motion for Summary Judgment |
| 09/05/2003 | 67 | United's Response to Defendants the City and County of Denver's and HSBC Bank USA's Statement of Undisputed Facts |
| 09/05/2003 | 69 | United's Reply Memorandum in Support of Its Motions for Summary Judgment and In Opposition to Cross Motions for Summary Judgment |
| 09/05/2003 | 71 | Appendix of Exhibits to United's Reply Memorandum in Support of Its Motions for Summary Judgment and In Opposition to Cross Motions for Summary Judgment |
| 09/05/2003 | 77 | United's Statement of Additional Facts in Response to Defendants' Cross Motions for Summary Judgment |
| 09/12/2003 | 90 | Defendants' Reply Brief in Further Support of Their Cross-Motions for Summary Judgment and In Opposition to United's |

| Date Filed/Entered | Docket Number | Document |
|---|---|---|
| | | Motion for Summary Judgment |
| 09/12/2003 | 91 | Defendants the City and County of Denver's and HSBC Bank USA's Response to United Air Lines Inc.'s Statement of Additional Facts in Response to Defendants' Cross Motions for Summary Judgment |
| 09/30/2003 | 100 | Supplemental Order Upon United Air Lines' Motions for Injunctive Relief Against HSBC Bank USA, as Successor Paying Agent, and the City and County of Denver filed |
| 10/24/2003 | N/A | Transcript of Proceedings for United Matter |
| 03/30/2004 | 110 | Memorandum of Decision (Opinion and Order) Granting Motion for Summary Judgment for HSBC Bank and the City and County of Denver and Denying United's Motion for Summary Judgment; Memorandum of Decision (Opinion and Order) Granting Motion for Summary Judgment for United Air Lines, Inc. and Denying HSBC Bank USA's and the California Statewide Communities Development Authority's Motions for Summary Judgment; Memorandum of Decision (Opinion and Order) Granting Motion for Summary Judgment for United Air Lines, Inc. and Denying the Bank of New York's Motion for Summary Judgment; Memorandum of Decision (Opinion and Order) Granting Motion for Summary Judgment for United Air Lines, Inc. and Denying U.S. Bank National Association's, the Regional Airports Improvement Corporation's and the City of Los Angeles' Motions for Summary Judgment |
| 03/30/2004 | 111 | Order Granting Motion for Summary Judgment for HSBC Bank and the City and County of Denver and Denying United's Motion for Summary Judgment |

Dated: Chicago, Illinois
     April 19, 2004

                      **UNITED AIR LINES, INC.**

                      By: _____

                      James H.M. Sprayregen, P.C. (ARDC No. 6190206)
                      Marc Kieselstein (ARDC No. 6199255)
                      Todd Gale (ARDC No. 6229288)
                      KIRKLAND & ELLIS
                      200 East Randolph Drive
                      Chicago, IL 60601
                      (312) 861-2000 (telephone)
                      (312) 861-2200 (facsimile)

                      Counsel for the Plaintiff/Appellant

5

## CERTIFICATE OF SERVICE

I, Christopher L. McCall, certify that on the 19th day of April 2004, I caused to be served, by e-mail, facsimile, courier or overnight mail, a true and correct copy of the foregoing APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, on the parties on the attached service list.

Dated: April 19, 2004

Christopher L. McCall

**Affected Parties - Denver**

Mintz Levin Cohen Ferris
Glovsky & Popeo PC
One Financial Center
Boston, MA 02111

**William W. Kannel,**
(617) 542-2241 **(fax)**,
bkannel@mintz.com
wkannel@mintz.com
**Timothy J. Langella**
(617) 542-2241 **(fax)**,
tlangella@mintz.com
**George Hofman,**
(617) 542-2241 **(fax)**
ghofman@mintz.com

Jessop & Company, P.C.
303 East 17th Ave., Suite 930
Denver, CO 80203-1264
**Douglas W. Jessop**
303-860-7233 **(fax)**
dwjessop@jessopco.com
**Kerstin Cass**
303-860-7233 **(fax)**
kecass@jessopco.com

Krys Boyle, P.C.
600 Seventeenth Street
Suite 2700 South Tower
Denver, CO 80202
**Andrew M. Schauer**
303-893-2882 **(fax)**
aschauer@krysboyle.com

Gardner Carton & Douglas
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698
**Gary W. Garner**
312-569-3367 **(fax)**
ggarner@gcd.com
**Harold Kaplan**
312-569-3204 **(fax)**
hkaplan@gcd.com
Mark Hebbeln

2

312 569-3203 (fax)
Stephanie Wickouski
312 569 3381 (fax)
swickouski@gcd.com

3

# CORE GROUP SERVICE LIST

| | |
|---|---|
| Debtors: United Air Lines, Inc. WHQLD 1200 East Algonquin Road Elk Grove Village, Illinois 60007 Attn: John Lakosil Phone: (847) 700-4462 Facsimile: (847) 700-4683 | Counsel to Debtors and Debtors in Possession: Kirkland & Ellis 200 East Randolph Street Chicago, Illinois 60601 Attn: James H.M. Sprayregen, P.C. Marc Kieselstein David R. Seligman Steven Kotarba Phone: (312) 861-2000 Facsimile: (312) 861-2200 |
| Office of the United States Trustee 227 West Monroe Street, Suite 3350 Chicago, Illinois 60606 Attn: Ira Bodenstein Kathryn Gleason Stephen Wolfe Phone: (312) 886-5785 Facsimile: (312) 886-5794 | Counsel to the Debtors' debtor in possession lender (Bank One): Latham & Watkins 233 South Wacker Drive, Suite 5800 Chicago, Illinois 60606 Attn: David Heller Timothy Barnes Phone: (312) 876-7700 Facsimile: (312) 993-9767 |
| Counsel to the Debtors' debtor in possession lender (CIT Group): Schulte, Roth & Zabel 919 Third Avenue New York, New York 10022 Attn: Robert J. Mrofka Phone: (212) 756-2000 Facsimile: (212) 593-5955 | Counsel to the Debtors' debtor in possession lender (Citibank and JP Morgan): Morgan, Lewis & Bockius, LLP 101 Park Avenue New York, New York 10178 Attn: Richard S. Toder Jay Teitelbaum Phone: (212) 309-6000 Facsimile: (212) 309-6001 |
| Counsel to the Debtors' debtor in possession lender (Citibank and JP Morgan): Kaye Scholer, LLP 3 First National Plaza, Suite 4100 70 West Madison Street Chicago, Illinois 60602 Attn: Michael B. Solow Phone: (312) 583-2300 Facsimile: (312) 583-2360 | Debtors' Private Copy Service: Merrill Corporation 250 South Wacker Drive, 4th Floor Chicago, Illinois 60606 Attn: Allison Clark Phone: (312) 930-2123 Facsimile: (312) 454-8564 |
| Official Notice and Claims Agent: Poorman-Douglas Corporation 10300 SW Allen Boulevard Beaverton, Oregon 97005 Attn: Rhonda G. McNally Phone: (503) 277-7999 Facsimile: (503) 350-5230 | Counsel to Committee: Sonnenschein, Nath & Rosenthal 8000 Sears Tower 233 S. Wacker Drive Chicago, Illinois 60604 Attn: Fruman Jacobson Robert E. Richards Phone: (312) 876-8173 Facsimile: (312) 876-7934 |
| Counsel to Committee: Sonnenschein, Nath & Rosenthal 1221 Avenue of the Americas 24th Place New York, New York 10020 Attn: Carole Neville Phone: (212) 768-6889 Facsimile: (212) 768-6800 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| UAL Corporation, et al., | ) |
| | ) Case No. 02 B 48191 |
| Debtors. | ) |
| ——————————————— | ) |
| | ) |
| | ) |
| | ) |
| United Air Lines, Inc., | ) |
| | ) |
| Plaintiff, | ) Adversary Proceeding No. |
| | ) 03 A 00978 |
| v. | ) |
| | ) |
| HSBC Bank USA as Paying Agent, and the | ) |
| City and County of Denver, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## JUDGMENT ORDER

This proceeding has come before the court on a motion for summary judgment on behalf of United Air Lines, Inc. ("United"), seeking a declaratory judgment that certain of its obligations to make payments related to airport improvements are not obligations arising under a "lease" pursuant to § 365 of the Bankruptcy Code (Title 11 U.S.C.). HSBC Bank USA as Paying Agent, and the City and County of Denver (the "Defendants") have filed a cross-motion for summary judgment. The court—having considered the memoranda filed by the parties and the arguments made in open court—has determined to grant the Defendants' motion, and deny the motion of United, for the reasons set out in the Memorandum of Decision filed with this order.

Accordingly, it is hereby ordered (1) that judgment is entered in favor of the Defendants, declaring the "Special Facilities and Ground Lease" at Denver International Airport, by and between United and the City and County of Denver, dated October 1, 1992, is a lease for the

purposes of assumption or rejection pursuant to § 365 of the Code, and (2) that United's motion for summary judgment is denied.

Dated: March 30, 2004

Eugene R. Wedoff
United States Bankruptcy Judge

2